January 28, 1969

Commonwealth *v.* Jones, Appellant.

 Be-
fore SPORKIN, J., without a jury.

Submitted December 9, 1968. *Harry D. Boonin,* for appellant; *James J. Fitzgerald* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence vacated and the case is remanded to the court below to allow defendant to file post-trial motions nunc pro tunc, in accordance with *Commonwealth v. Grillo,* 208 Pa. Superior Ct. 444, 222 A. 2d 427 (1966).